1 | **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
2 | E-mail: dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
3 | Woodland Hills, CA 91367
Tel: (818) 347-3333, Fax: (818) 347-4118
4 |

5 | **THE TRIAL LAW OFFICES OF**
**BRADLEY I. KRAMER, M.D., ESQ.**
6 | Bradley I. Kramer, M.D., Esq. (SBN 234351)
bkramer@biklaw.com
7 | 8840 Wilshire Blvd., Suite 350
Beverly Hills, CA 90211-2606
8 | Tel: (310) 289-2600
Fax: (866) 289-2771
9 |

10 | Attorneys for *Plaintiff* ANYKA HARRIS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYKA HARRIS, individually and as successor-in-interest to Jontell Reedom, | Case No. |
| Plaintiff, | **DECLARATION OF ANYKA HARRIS, SUCCESSOR IN INTEREST TO JONTELL REEDOM** |
| vs. | |
| CITY OF TULARE; and DOES 1-10, inclusive, | [Cal. Code Civ. Proc. §§ 373, 377.32] |
| Defendants. | |

-1-
DECLARATION OF ANYKA HARRIS

## C.C.P. 377.32 DECLARATION OF ANYKA HARRIS, SUCCESSOR IN INTEREST TO JONTELL REEDOM

I, Anyka Harris, declare as follows:

1. My name is Anyka Harris. I am a competent adult over the age of eighteen and the natural mother of Jontell Reedom, deceased.

2. I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3. The decedent's name is Jontell Reedom ("Decedent").

4. Decedent is my natural son.

5. Decedent passed away on March 12, 2018 in Tulare, California.

6. No proceeding is now pending in California for the administration of Decedent's estate.

7. I am Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and I succeed to Decedent's interest in this action or proceeding as the biological mother of Decedent.

8. No other person has a superior right to commence the action or proceeding.

9. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I, Anyka Harris, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 21 day of August, 2018, in Sacramento, California.

_____
Anyka Harris

# Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

### OFFICE OF VITAL RECORDS
## COUNTY OF TULARE
TULARE, CALIFORNIA

**STATE FILE NUMBER:** 3052018066434
**LOCAL REGISTRATION NUMBER:** 3201854000748

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11(REV 3/06)

### DECEDENT'S PERSONAL DATA

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | JONTELL |
| 2. MIDDLE | TREMAYNE |
| 3. LAST (Family) | REEDOM |
| AKA. ALSO KNOWN AS | — |
| 4. DATE OF BIRTH mm/dd/ccyy | 03/07/1991 |
| 5. AGE Yrs. | 27 |
| 6. SEX | M |
| 7. DATE OF DEATH mm/dd/ccyy | 03/12/2018 |
| 8. HOUR (24 Hours) | 1735 |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS/SRDP | NEVER MARRIED |
| 13. EDUCATION – Highest Level/Degree | HS GRADUATE |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | NO |
| 16. DECEDENT'S RACE | AFRICAN AMERICAN |
| 17. USUAL OCCUPATION | NEVER WORKED |
| 18. KIND OF BUSINESS OR INDUSTRY | OWN HOME |
| 19. YEARS IN OCCUPATION | 0 |

### USUAL RESIDENCE

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE | 314 N M STREET |
| 21. CITY | TULARE |
| 22. COUNTY/PROVINCE | TULARE |
| 23. ZIP CODE | 93274 |
| 24. YEARS IN COUNTY | 27 |
| 25. STATE/FOREIGN COUNTRY | CA |

### INFORMANT

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | ANYKA HARRIS, MOTHER |
| 27. INFORMANT'S MAILING ADDRESS | 5545 SKY PARKWAY #180, SACRAMENTO, CA 95823 |

### SPOUSE/SRDP AND PARENT INFORMATION

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST | - |
| 29. MIDDLE | - |
| 30. LAST (BIRTH NAME) | - |
| 31. NAME OF FATHER/PARENT – FIRST | BOBBY |
| 32. MIDDLE | - |
| 33. LAST | REEDOM |
| 34. BIRTH STATE | CA |
| 35. NAME OF MOTHER/PARENT – FIRST | ANYKA |
| 36. MIDDLE | - |
| 37. LAST (BIRTH NAME) | HARRIS |
| 38. BIRTH STATE | CA |

### FUNERAL DIRECTOR / LOCAL REGISTRAR

| Field | Value |
|---|---|
| 39. DISPOSITION DATE | 03/27/2018 |
| 40. PLACE OF FINAL DISPOSITION | RES: ANYKA HARRIS, 5545 SKY PARKWAY #180, SACRAMENTO, CA 95823 |
| 41. TYPE OF DISPOSITION(S) | CR/RES |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | - |
| 44. NAME OF FUNERAL ESTABLISHMENT | STERLING & SMITH FUNERAL HOME |
| 45. LICENSE NUMBER | FD2106 |
| 46. SIGNATURE OF LOCAL REGISTRAR | KAREN HAUGHT, MD |
| 47. DATE | 03/27/2018 |

### PLACE OF DEATH

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | KAWEAH DELTA MEDICAL CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | ER/OP |
| 104. COUNTY | TULARE |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 400 W. MINERAL KING AVE |
| 106. CITY | VISALIA |

### CAUSE OF DEATH

| Field | Value |
|---|---|
| 107. CAUSE OF DEATH – IMMEDIATE CAUSE (A) | SINGLE PENETRATING GUN SHOT WOUND, HEAD |
| Time Interval (A) | MINS |
| 108. DEATH REPORTED TO CORONER? | YES |
| REFERRAL NUMBER | 18-3-217-41 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | YES |
| 111. USED IN DETERMINING CAUSE? | YES |
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH | MULTIPLE PENETRATING AND PERFORATING GUN SHOT WOUNDS |
| 113. WAS OPERATION PERFORMED | THORACOTOMY 03/12/2018 |

### CORONER'S USE ONLY

| Field | Value |
|---|---|
| 119. MANNER OF DEATH | Homicide (X) |
| 120. INJURED AT WORK? | NO |
| 121. INJURY DATE | 03/12/2018 |
| 122. HOUR (24 Hours) | UNK |
| 123. PLACE OF INJURY | PUBLIC SIDEWALK |
| 124. DESCRIBE HOW INJURY OCCURRED | JUSTIFIABLE HOMICIDE BY A PEACE OFFICER PURSUANT TO CALIFORNIA STATE PENAL CODE SECTION 196.3 |
| 125. LOCATION OF INJURY | 695 E. CROSS AVENUE, TULARE, CA 93274 |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | WILLIAM PERRYMAN |
| 127. DATE | 03/27/2018 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | WILLIAM PERRYMAN, DEP. CORONER |

*010010003831221*

---



CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF TULARE

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL STATISTICS OFFICE, COUNTY OF TULARE HEALTH AND HUMAN SERVICE AGENCY.

*000357079*

DATE ISSUED **MAR 28 2018**

Karen Haught, M.D., M.P.H., Tulare County Health Officer
Registrar of Vital Statistics

This copy is not valid unless prepared on an engraved border, displaying date, seal and signature of the County Health Officer.
PBNCO (Rev) 03/16



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE