1
2
3
4
5
6
7  **UNITED STATES DISTRICT COURT**

8  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| **BOBBY REEDOM, individually and as successor in interest to Jontell Reedom, deceased,**<br><br>      **Plaintiff,**<br><br>      **v.**<br><br>**CITY OF TULARE,**<br><br>      **Defendant.** | **OLD CASE NO.: 1:18-cv-01366-DAD-SKO**<br>**NEW CASE NO.: 1:18-cv-01366-LJO-SKO**<br><br>**ORDER RELATING AND REASSIGNING CASE** |

10
11
12
13
14
15

16    Review of the above-captioned action reveals that it is related under this Court's Local Rule 123
17  to the action entitled *Harris v. City of Tulare*, No. 1:18-cv-01135-LJO-SKO.  The actions involve the
18  same or similar parties, properties, claims, events and/or questions of fact or law.  Accordingly,
19  assignment of the actions to the same district judge and magistrate judge will promote convenience,
20  efficiency and economy for the Court and parties.  An order relating cases under this Court's Local Rule
21  123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases
22  is effected.

23    On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to
24  Chief United States District Judge Lawrence J. O'Neill and United States Magistrate Judge Sheila K.
25  Oberto with a new case number **1:18-cv-01366-LJO-SKO**.  All documents shall bear the new case

number **1:18-cv-01366-LJO-SKO** and the reassignment to Chief Judge O'Neill and Magistrate Judge

Oberto.

IT IS SO ORDERED.

Dated:   **December 5, 2018**              **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES CHIEF DISTRICT JUDGE

2