# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**ANYKA HARRIS**, individually and as successor-in-interest to Jontell Reedom, and **BOBBY REEDOM**, individually and as successor-in-interest to Jontell Reedom

Plaintiffs,

vs.

**CITY OF TULARE**

Defendant.

_____/

Case No.  1:18-cv-01135-LJO-SKO

**ORDER GRANTING THE PARTIES' STIPULATED REQUEST**

(Doc. 26)

## ORDER

On August 1, 2019, the parties stipulated that Plaintiffs be permitted to file a First Amended Complaint naming individual Tulare police officers as additional defendants.  (Doc. 26.)  The parties attached the proposed First Amended Complaint to the stipulation.  (Doc. 26-1.)  The stipulation states that Plaintiffs will file the First Amended Complaint by no later than seven (7) days from the date of the Court's Order approving the stipulation, and Defendants will respond to the First Amended Complaint within twenty-one (21) days of the date of service.  (Doc. 26 at 2.)

Upon review of the parties' stipulation, for good cause shown, the Court approves the parties' stipulation.

///

///

///

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.     Plaintiffs shall file a First Amended Complaint conforming to the proposed amended

3    complaint filed as an exhibit to the parties' stipulation, (Doc. 26-1), within seven (7) days from the

4    date of this Order; and

5         2.     Defendants shall respond to the First Amended Complaint within twenty-one (21)

6    days of the date of service.

7
     IT IS SO ORDERED.
8

9    Dated:   **August 1, 2019**            /s/ *Sheila K. Oberto*

10                                 UNITED STATES MAGISTRATE JUDGE