**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

**THE TRIAL LAW OFFICES OF BRADLEY I. KRAMER, M.D., ESQ.**
Bradley I. Kramer, M.D., Esq. (SBN 234351)
bkramer@biklaw.com
8840 Wilshire Blvd., Suite 350
Beverly Hills, CA 90211-2606
Tel: (310) 289-2600
Fax: (866) 289-2771

Attorneys for Plaintiff ANYKA HARRIS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYKA HARRIS, individually and as successor-in-interest to Jontell Reedom; BOBBY REEDOM, individually and as successor-in-interest to Jontell Reedom, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF TULARE; CLEMENTE CLINTON, individually; JOSE VALENCIA, individually; and DOES 3-10, inclusive, <br><br> Defendants. | Case No. 1:18-cv-01135-NONE-SKO <br><br> *Hon. Mag. Judge Sheila K. Oberto* <br><br> **JOINT STATEMENT RE SETTLEMENT CONFERENCE** |

**TO THE HONORABLE COURT:**

Plaintiffs ANYKA HARRIS and BOBBY REEDOM ("Plaintiffs") and Defendants CITY OF TULARE, CLEMENTE CLINTON, and JOSE VALENCIA ("Defendants") (collectively "the Parties"), by and through their counsel of record, hereby submit their Joint Statement regarding settlement and Settlement Conference pursuant to the Court's March 19, 2019 Scheduling Order (Doc. No. 25).

The parties have met and conferred regarding the advantages and possibility of settlement. The parties agree that discussions regarding settlement will likely be more productive after the resolution of Defendants' currently pending Motion for Summary Judgment (Doc. No. 33). The parties have further met and conferred on potential dates for a Settlement Conference and propose October 16, 2020 for the date of the Settlement Conference.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Respectfully submitted,

DATED:  August 6, 2020       LAW OFFICES OF DALE K. GALIPO
                             THE TRIAL LAW OFFICES OF
                             BRADLEY I. KRAMER, M.D., ESQ.


                             By_____/s/ Hang D. Le_____
                                Dale K. Galipo
                                Hang D. Le
                                Bradley I. Kramer
                                Attorneys for Plaintiff
                                ANYKA HARRIS

DATED: August 6, 2020        THE COCHRAN FIRM CALIFORNIA


                             By_____/s/ Brian T. Dunn_____
                                Brian T. Dunn
                                Edward M. Lyman, III
                                Attorneys for Plaintiff
                                BOBBY REEDOM

DATED:  August 6, 2020       FERGUSON, PRAET & SHERMAN


                             By_____/s/ Bruce D. Praet_____
                                Bruce D. Praet
                                Attorney for Defendants
                                CITY OF TULARE, CLEMENTE
                                CLINTON, and JOSE VALENCIA