1   Bruce D. Praet SBN 119430
2   FERGUSON, PRAET & SHERMAN
    A Professional Corporation
3   1631 East 18th Street
4   Santa Ana, California  92705
    (714) 953-5300 telephone
5   (714) 953-1143 facsimile
6   Bpraet@aol.com

7   Attorneys for Defendants

8

9                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA

11

12  ANYKA HARRIS, individually and         Case No.  1:18-cv-01135 NONE SKO
    as successor-in-interest to Jontell
13  Reedom,                                **STIPULATION AND ORDER
                                           CONTINUING SETTLTEMENT
14                                         CONFERENCE**
                 Plaintiffs,
15                                         **(Doc. 53)**

16        v.

17
    CITY OF TULARE; and DOES 1-
18  10, inclusive,

19
                 Defendants.
20  _____

21
    BOBBY REEDOM, individually and
22  as successor in interest to Jontell
    Reedom, deceased,
23

24               Plaintiffs,

25        v.

26
    CITY OF TULARE, et al.
27

28               Defendants.

                                        1

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record and respectfully requested that the current Mandatory Settlement Conference scheduled for April 13, 2021, at 10:00 a.m., be continued to a date after which the Court has ruled on the pending summary judgment motion. Good cause exists for this continuance for the following reasons:

1.   The parties are well aware of the Emergency Order limiting the Court's ability to handle the overwhelming volume of matters imposed on the Court's limited judicial research.  As such, the parties understand that the Court has yet had the opportunity to fully consider and issue a ruling on Defendants' pending motion for summary judgment.  [Doc. 33].

2.  The parties have met and conferred and jointly believe that it would be premature to participate in a settlement conference prior to the Court's ruling on summary judgment.

3.  In view of the Emergency Order and indefinite COVID restrictions, there is no impending trial date has been vacated [Doc. 50] and the parties respectfully request that the settlement conference be continued to a mutually convenient date following a ruling on summary judgment.

DATED:  March 23, 2021          FERGUSON, PRAET & SHERMAN
                                A Professional Corporation

                         By:    /s/  Bruce D. Praet
                                Attorneys for Defendant

DATED: March 23, 2021           THE COCHRAN FIRM


                         By:    /s/  Brian T. Dunn
                                Brian T. Dunn
                                Attorneys for Plaintiff Bobby Reedom

///

///

2

DATED: March 23, 2021                    LAW OFFICES OF DALE K. GALIPO


                                 By:    /s/  Dale K. Galipo
                                        Dale K. Galipo
                                        Attorneys for the Harris Plaintiffs




### ORDER

Good cause appearing, the Court determines that a settlement conference at this time would be premature and grants the parties' above stipulation (Doc. 53). Accordingly, the Court hereby **VACATES the Settlement Conference currently set for April 13, 2021**, to be re-set, if appropriate, after Defendants' pending motion for summary judgment (Doc. 33 ) is resolved.

It is hereby ORDERED that, following the ruling on the motion, parties SHALL meet and confer and file, within seven (7) days of the ruling on the motion, a joint status report setting forth the status of their settlement negotiations and mutually agreeable dates for a settlement conference.

IT IS SO ORDERED.

Dated:  __**March 24, 2021**__                    _____/s/ *Sheila K. Oberto*_____
                                        UNITED STATES MAGISTRATE JUDGE