## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ANYKA HARRIS, ET AL.,**

CASE NO: **1:18–CV–01135–JLT–SKO**

v.

**CLEMENTE CLINTON, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/24/2023**

**Keith Holland**
Clerk of Court

ENTERED: **May 24, 2023**

by: /s/ O. Rivera
Deputy Clerk