# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California



FILED

AUG 1 2 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Anyka Harris, et al.  )
        v.  )   Case No.: 1:18-cv-01135 JLT SKO
City of Tulare, et al.  )

## BILL OF COSTS

Judgment having been entered in the above entitled action on __05/24/2023__ against __Plaintiffs__,
                                                                         Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ... Appeal to 9th Circuit filed 01/28/22, Dkt 64 | $ 505.00 |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | |
| Fees and disbursements for printing 9th Cir Opening/Reply Briefs, Excerpts of Record | 955.76 |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. KopyKat subpoena copy services | 249.87 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) Depositions | 2,260.60 |
| TOTAL | $ 3,971.23 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Affidavit

I declare under penalty of perjury that the foregoing costs are allowable by law, are correctly stated, were necessarily incurred and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service      [ ] First class mail, postage prepaid
[ ] Other: _____

s/ Attorney: __/s/ Bruce D. Praet__
    Name of Attorney: __Bruce D. Praet__

For: __Defendants__      Date: __05/25/2023__
    Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of __$1928.80__ and included in the judgment.

__Keith Holland, Clerk__      By: __I. Munoz__      __8/12/2024__
Clerk of Court                                 Deputy Clerk                            Date